# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **PATRICK WHITE,**<br>Plaintiff,<br>v.<br>**STRATEGIC HOTELS & RESORTS, LLC, ET AL.,**<br>Defendants. | CASE NO. 17-cv-04867-YGR<br><br>**ORDER GRANTING MOTION TO REMAND**<br>Re: Dkt. No. 26 |

Plaintiff Patrick White filed his Motion to Remand on October 2, 2017. (Dkt. No. 26.) Defendant Four Seasons Hotels Limited filed its responsive brief on October 16, 2017. (Dkt. No. 30.) Plaintiff filed his reply brief on October 19, 2017. (Dkt. No. 31.) The matter came on for hearing on November 7, 2017.

Having carefully considered the pleadings and the papers submitted on this motion, and the hearing held on November 7, 2017, as stated on the record on November 7, 2017, the Court **GRANTS** plaintiff's motion to remand.[1]

The Clerk of the Court shall close the file and remand the case to the Superior Court of the State of California, County of San Mateo.

This order terminates Docket Number 26.

**IT IS SO ORDERED.**

Dated: November 8, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The pending motions to dismiss, Dkt. Nos. 28 & 29, are **DENIED AS MOOT.**